**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
Benjamin Y. Kaufman
Matthew M. Guiney
Patrick Donovan
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
kaufman@whafh.com
guiney@whafh.com
donovan@whafh.com

*Counsel for Plaintiff Lim Yen Nee*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIM YEN NEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FITNESS CHAMPS HOLDINGS LTD, JOYCE LEE JUE HUI, KOH YONG MONG, TEOH SIEW THIM, BANCROFT CAPITAL, LLC, ONESTOP ASSURANCE PAC, and JOHN DOES 1-100,<br><br>Defendants. | Case No: 1:26-cv-3182<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS (DKT. NO. 1)**<br><br>**JURY TRIAL DEMANDED** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR**

**COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Lim Yen Nee, by and through her counsel,

provides the following Notice of Errata to Plaintiff's Complaint for Violations of the

Federal Securities Laws, Dkt. No. 1:

1.  After filing the Complaint, Plaintiff's counsel became aware that, due to a scrivener's error, the Plaintiff's Certification, as required to be filed with the complaint in accordance with the PSLRA (*see* 15 U.S.C. § 78u-4(a)(2)), was inadvertently omitted from the initial complaint filing (Dkt No. 1). Plaintiff hereby files this Plaintiff's Certification hereto as Exhibit A to correct this error.

Dated: April 17, 2026

Respectfully Submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ Benjamin Y. Kaufman
Benjamin Y. Kaufman
Matthew M. Guiney
Patrick Donovan
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
kaufman@whafh.com
guiney@whafh.com
donovan@whafh.com

*Counsel for Plaintiff Lim Yen Nee*