# EXHIBIT A

## PLAINTIFF'S CERTIFICATION

**Lim Yen Nee,** under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in **Fitness Champs Holdings Limited** during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate,  Plaintiff has not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed 4/9/2026 _____.

Signed by:

C3EAABEAB18A4D1

**Lim Yen Nee**

**Schedule A to Certification of Lim Yen Nee**
**Fitness Champs Holdings Limited**

**Purchases**

| Date | Number of Shares | Price per Share |
|------|------------------|-----------------|
| 09/22/25 | 21,900 | $6.63 |
| 09/23/25 | 800 | $6.65 |