```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
LIM YEN NEE, individually and on         :
behalf of all others similarly           :
situated,                                :        26cv3182 (DLC)
                                         :
                     Plaintiff,          :           ORDER
                                         :
            -v-                          :
                                         :
FITNESS CHAMPS HOLDINGS, LTD., et al.,   :
                                         :
                     Defendants.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 17, 2026, plaintiff filed a class action lawsuit

on behalf of all persons and entities that purchased or

otherwise acquired Fitness Champs Holdings, Ltd. ("FCHL")

securities between September 3 and September 23, 2025.  The

complaint alleges violations of Sections 10(b) and 20(a) of the

Securities Exchange Act of 1934 ("1934 Act").

Section 78u-4(a)(3)(A) of the Private Securities Litigation

Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the
> complaint is filed, the plaintiff or plaintiffs shall
> cause to be published, in a widely circulated national
> business-oriented publication or wire service, a
> notice advising members of the purported plaintiff
> class--
>
> > (I) of the pendency of the action, the claims
> > asserted therein, and the purported class period;
> > and

> (II) that, not later than 60 days after the date
> on which the notice is published, any member of
> the purported class may move the court to serve
> as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i).  The PSLRA also requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members.  See id. § 78u-4(a)(3)(B)(i).

In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, these procedures govern only the first-filed action.  See id. § 78u-4(a)(3)(A)(ii).  Nonetheless, in the event any party seeks to consolidate those actions for pretrial purposes or for trial, the Court may not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered.  See id. § 78u-4(a)(3)(B)(ii).

Plaintiff's counsel published the required notice on April 20, 2026.  Accordingly, it is hereby

ORDERED that members of the purported class have until **June 18, 2026** to move the Court to serve as lead plaintiffs.

IT IS FURTHER ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by **July 2, 2026.**

IT IS FURTHER ORDERED that a conference shall be held on **July 10, 2026** at **2:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the defendants.

IT IS FURTHER ORDERED that defendants' time to answer or otherwise respond to this complaint and any other complaints filed by plaintiffs seeking to represent this class and assigned to this Court is stayed.

Dated:    New York, New York
          April 21, 2026

_____
DENISE COTE
United States District Judge

3