AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Lim Yen Nee
*Plaintiff*
v.
Fitness Champs Holdings Ltd, et al.
*Defendant*

Case No. 1:26-cv-03182-DLC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fitness Champs Holdings Ltd. .

Date: 07/08/2026

/s/ Lawrence Yichu Yuan
*Attorney's signature*

LAWRENCE YICHU YUAN (6012512)
*Printed name and bar number*

41 Madison Ave, 31st Floor,
New York, NY 10010
*Address*

lawrence@moni.;aw
*E-mail address*

(332) 223-0706
*Telephone number*

*FAX number*

Print | Save As... | Reset