UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Job #: 28119

Attorneys: Company: Pomerantz LLP PH (212) 661-1100
Address: 600 Third Avenue New York, NY 10016

| | |
|---|---|
| In Re Fitness Champs Holdings<br>Securities Litigation | Civil Number: 1:26-cv-03182-DLC<br><br>Date Filed:<br>Client's File No.:<br>Court/Return Date: |

# AFFIRMATION OF SERVICE

Reginald Hunter, affirms and says:

Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **September 23, 2026, at 1:35 PM at 122 East 42nd Street, 18th Floor, New York, NY 10168,** Deponent served the within **Summons and Amended Complaint**

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.
On: **Cogency Global Inc.**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (**Client Services Specialist / Designate Agent**) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

**Address confirmation:**

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **STACY LEWIS** personally. Deponent knew said entity so served to be the entity described in said aforementioned document as said subject and knew said individual to be **Client Services Specialist / Designate Agent** thereof.

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail.

☒ **#6 DESCRIPTION**
Sex: Female   Color of skin: Black   Color of hair: Black   Age: 35 - 45 Yrs.
Height: 5 ft 5 in - 5 ft 8 in   Weight: 161-200 Lbs.   Other Features:

☐ **#7 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

I affirm on 9/25, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Reginald Hunter
2134508-DCWP