**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FITNESS CHAMPS HOLDINGS SECURITIES LITIGATION | Case No. 26-cv-03182 (DLC)<br><br>CLASS ACTION<br><br>**APPEARANCE OF COUNSEL** |

To: The Clerk of Court and All Parties of Record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Bancroft Capital, LLC.

Dated: Minneapolis, Minnesota
October 7, 2026

TAFT STETTINIUS & HOLLISTER LLP

By: /s/ *A. Christopher Brown*

A. Christopher Brown (NY: 5492319)
2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2210
Email: cbrown@taftlaw.com
Telephone: (612) 977-8400
Facsimile: (612) 977-8650

*ATTORNEY FOR DEFENDANT BANCROFT CAPITAL, LLC*