AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| LIM YEN NEE, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-03182-DLC |
| FITNESS CHAMPS HOLDINGS, LTD, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bancroft Capital, LLC .

Date: 10/07/2026

/s/ Jaimie L. Nawaday
*Attorney's signature*

Jaimie L. Nawaday (4294856)
*Printed name and bar number*

Taft Stettinius & Hollister
1155 Avenue of the Americas, Suite 2400
New York, NY 10036
*Address*

jnawaday@taftlaw.com
*E-mail address*

(646) 914-1072
*Telephone number*

(646) 710-5247
*FAX number*